**Order entered January 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00414-CV

### MARY HELEN WILLIAMS-WHITE, Appellant

### V.

### HENRY M. WHITE BY AND THROUGH ELAINE FLEMING, GUARDIAN OF THE PERSON AND ESTATE OF HENRY M. WHITE, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-0829**

## ORDER

We **ORDER** Kelly Ashmore, Grayson County District Clerk, to file, **ON OR BEFORE FEBRUARY 3, 2014**, a supplemental clerk's record containing either: (1) the trial court's order sustaining the court reporter's contest to appellant's affidavit of indigence; or (2) written verification that no such order exists.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Kelly Ashmore, The Honorable Rayburn Nall, Judge of the 59th Judicial District Court of Grayson County, Texas, Cindy Bardwell, Official Court Reporter of the 59th Judicial District Court of Grayson County, Texas, counsel for appellee, and by first-class mail to appellant.

We suspend the February 5, 2014 deadline for appellant's brief.  When the Court receives the requested supplemental clerk's record, the Court will set a new deadline.

/s/     ELIZABETH LANG-MIERS
            JUSTICE